448 A.2d 1147

Commonwealth v. Harris, Appellant.

Sub-mitted December 15, 1981. Timothy A. Crawford, Jr., for appellant; Jane C. Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, BECK and POPOVICH, JJ.

Judgment of sentence affirmed.

448 A.2d 1147

Commonwealth v. Johnston, Jr., Appellant.

Petition for Allowance of Appeal Denied Jan. 7, 1983.

Submitted December 5, 1980. Hiram R. Johnston, Jr., appellant, in propria persona; Frank T. Hazel, District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., HESTER and WIEAND, JJ.

The judgment of sentence of the lower court is affirmed.